# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA WORLD-HERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV136 |
| vs. ) | |
| ) | ORDER TO SHOW CAUSE |
| TEAMSTERS DISTRICT COUNCIL ) | |
| NUMBER 2, ) | |
| ) | |
| Defendant. ) | |

The records of the court show that on August 3, 2007, a letter (Filing No. 8) was sent to

**Kristina L. Hillman**
**WEINBERG, ROGER LAW FIRM**
**1001 Marina Village Parkway, Suite 200**
**Alameda, CA 94501-1091**

from the Office of the Clerk directing that she register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on August 27, 2007, Ms. Hillman has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **September 14, 2007**, attorney Hillman shall register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

DATED this 28th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge